**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION**

**JAMES THOMPSON**                                                                    **PLAINTIFF**

**v.**                                        **CASE NO. 2:25-CV-00166-BSM**

**DEBRA BARKLEY,** *et al.*                                                       **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 3rd day of April, 2026.


_____
UNITED STATES DISTRICT JUDGE